Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

```
           FILED    ___ LODGED
       X
       ___ RECEIVED ___ COPY

           DEC 1 0 2021

       CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
       BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Plaintiff(s): THOMAS L. BURKEL, ET AL

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): OWNERS, SHAREHOLDERS, CORPORATION, ENTITY, LEASEHOLD, LLC or OTHER OWNERS OF THE LA CABANA SALOON

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **CV21-02116-PHX-DJH**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  LRCivP 5.4
(Rule Number/Section)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Thomas L. Burkel |
| Street Address | 9585 Cincinnati Columbus Rd |
| City and County | West Chester, Butler |
| State and Zip Code | OH  45069 |
| Telephone Number | 513 777-2141 |
| E-mail Address | tomburkel58@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: LA CABANA SALOON
    Job or Title (if known): OWNERS, ETC, ET AL & HEIRS, IF ANY
    Street Address: 132 E. WICKENBURG WAY
    City and County: WICKENBURG, (unknown County)
    State and Zip Code: ARIZONA, 85390
    Telephone Number: 928-684-7671
    E-mail Address (if known): unknown

Defendant No. 2
    Name: ANY OTHER WHO HAVE, PLAN TO
    Job or Title (if known): HOLD OR HAVE ANY ownership
    Street Address: interest in the above identified
    City and County: OWNERS OF THE LA CABONA SALOON
    State and Zip Code: 132 E WICKENBURG, AZ 85390
    Telephone Number: 928-684-7671
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. ALLOW PLACE OF BUSINESS TO OPERATE WHILE HAVING ZERO HANDICAP ACCESSIBLE & MANY FIRE & CODE VIOLATIONS - ALLOWING MAIN DOOR 3 OUT OF FOUR TO BE LOCKED 24/7 - FIRE HAZARDS - BROKEN THREE PATRONS BASIC 600 GIVEN U.S. CONSTITUTIONAL RIGHTS, SUFFERING FROM DEFENDANTS ALLOWING THEMSELVES, TO USE MULTIPLE YEARS & DAYS OF DEFENDANTS ALLOWANCE THEMSELVES & PATRONS TO SEXUALLY HARASS, ILLEGAL AND OR UNNEEDED EVICTION OF PATRONS LISTED AS ABOVE (3) PLAINTIFFS INTIMIDATE. TO BE KNOWN

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* THOMAS L. BURKEL, ET AL, is a citizen of the State of *(name)* OHIO & ARIZONA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* THOMAS L. BURKER, is now incorporated under the laws of the State of *(name)* OHIO OR ARIZONA, and has its principal place of business in the State of *(name)*
      OHIO & AZ.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* SHOWN ABOVE ARE, is a citizen of the State of *(name)* ARIZONA AND MAYBE OTHERS AS WELL. Or is a citizen of *(foreign nation)* USA

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

~~$16,500,000~~ $16,500,000.00 PLUS THREE TIMES THE Actual award AS Punitive damages.

### III. Statement of Claim

REPEATED UNWARRANTED, AND HELPLESS Sexual Harass REPEATED GROSS SEXUAL HARRASSMENTS BY BALDON OWNERS & CLIENTS.

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

DEFENDANTS BAR MANAGER FORCED ME OUT OF THE ESTABLISHMENT, ILLEGALLY & UNWARRANTED SHAMEFULLY

COERCION, SLANDER, LIBEL, COLLUSION, CONSPIRACY TO DECIEVE

SEE BEFORE MENTIONED SERIOUS & UNJUST ALLEGATIONS & FIRE HAZARDS, MECHANICAL HAZARD AS ADDRESSED BY FIRE MARSHALLS ILLEGAL ACTS, ILLEGAL EVICTION OF PLAINTIFF DOMICILE. DEFAMATION OF CHARACTER, THEFT OF FUNDS PAID BY PLAINTIFFS

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ABOVE PLEASE

*[margin note, right side:]* by defendants & their customers over 1 year ago

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-10-2021

Signature of Plaintiff _____

Printed Name of Plaintiff    Thomas L. Burkel

### B.      For Attorneys

Date of signing: 10/12/2021

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address